# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH COPPOLA, | Case No. 2-18-cv-00759-RFB-NJK |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondents. | |

Before the court is a petition for writ of habeas corpus submitted by Joseph Coppola. ECF No. 1-1. Coppola complains that, on April 5, 2018, he was unlawfully arrested and placed in federal custody. With his petition, he asks this court to order his release.

Coppola is currently subject to an "Order of Detention Pending Further Proceedings" entered in this court's case number 2:03-cr-00010-LRH-PAL. Coppola has been appointed counsel and must pursue available remedies in his pending criminal case rather than initiate a collateral proceeding. *See* 18 U.S.C. § 3143; Fed. R. Crim. P. 32.1.

IT IS THEREFORE ORDERED that this action dismissed without prejudice. The Clerk of the Court shall enter judgment accordingly and close this case.

DATED this 26th day of April, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE